No. 447, Misc.   STEVENS *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 450, Misc.   ROBERTS *v.* WARDEN, MARYLAND PENITENTIARY.   Criminal Court of Baltimore City, Maryland. Certiorari denied.

No. 451, Misc.   SHAPIRO *v.* LAVALLEE, WARDEN.   Court of Appeals of New York.   Certiorari denied.   *Frances Kahn* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 458, Misc.   FARMER *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 459, Misc.   O'ROURKE *v.* NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 462, Misc.   PRATER *v.* MYERS, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 463, Misc.   WARDEN *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 476, Misc.   STARKS *v.* NEW YORK.   Appellate Division, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 479, Misc.   HICKS *v.* MYERS, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania.   Certiorari denied.